# Greenbaum Rowe
# Smith & Davis LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

ANDREA J. SULLIVAN
PARTNER

)DRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

July 23, 2008

*Via Electronic Filing*
Honorable John J. Hughes, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re:    NR Media, Inc. et al. v. Too Much Media, LLC et al.
                **Case No. 06-3988 (JAP)(JJH)**

Dear Judge Hughes:

    This firm represents defendants John Albright and Charles Berrebbi in the above-referenced matter. I join in Too Much Media's position in this matter as set forth by Mr. Kreizman's letter to the Court of July 18, 2008.

    The purpose of my letter is to correct the representation made by Ms. Topelsohn that I had consented to the form of settlement agreement/release. That is untrue. I specifically advised Ms. Topelsohn in our initial discussion of the settlement documents of my concern regarding the Hale matter, advised that it needed to be addressed in the document and stated that since I was unfamiliar with the specifics of the Hale matter, that she and Mr. Kreizman would need to resolve the same. Thereafter, following correspondence upon which I was copied, directed to Mr. Kreizman from Ms. Topelsohn, I forwarded an email to her associate again advising of my objection. This email was sent on July 15, 2008. On July 16, 2008, Ms. Topelsohn filed her letter to Mr. Kreizman with the Court. . Attached hereto is a true copy of my email to Mr. Harbace.

                                         Respectfully submitted,

                                         *s/Andrea J. Sullivan*

                                         ANDREA J. SULLIVAN

cc:  Joel N. Kreizman, Esq. (via electronic filing)
      Lauren X. Topelsohn, Esq. (via electronic filing)

Case 3:06-cv-03988-JAP-JJH Document 107 Filed 07/24/08 Page 2 of 2 PageID: 1308

|  |  |
|---|---|
| From: | Andrea SULLIVAN |
| To: | Joel Kreizman; Steven Harbace |
| Date: | 7/15/08 6:36PM |
| Subject: | Re: NR Media et al. v. Too Much Media, LLC et al. - Attached document from Lauren Topelsohn, Esq. |

Mr. Harbace: Please convey to Ms. Topelsohn that her representation that I approved the form of the agreement that had been previously forwarded, absent paragraph 7, is inaccurate. I specifically advised Ms. Topelsohn of the issue regarding confidentiality and Too Much Media's pending defamation litigation against a non-party to this action. I advised her that I was unaware of the particulars of that matter and she and Mr. Kreizman would have to work out acceptable language, etc. Accordingly, the agreement, as drafted, is not acceptable to me nor has it ever been so. I remain willing to be bound by whatever language/agreement Ms. Topelsohn and Mr. Kreizman work out in that regard.

Andrea J. Sullivan, Esq.

>>> "Steven Harbace" <sharbace@trantech.net> 07/15/08 5:58 PM >>>
All:


Attached please find a letter dated today from Lauren Topelsohn, Esq. in connection with the above-referenced matter. If you have any difficulty opening the attachment, please contact me immediately.


Thanks,

Steven Harbace, Esq.

(973) 618-2319 - Direct Line

(866) 482-3171 - Fax

ATTORNEY-CLIENT PRIVILEGED MATERIAL. This e-mail (including any attachments) is subject to the Electronic Communications Privacy Act, 18 U.S.C. §2510 et seq, and is intended for the exclusive use of the individual to whom it is addressed. This e-mail and information accompanying it is considered proprietary, confidential, privileged and/or exempt from disclosure. If you are not the intended recipient or the agent responsible for delivering the message to the intended recipient, any use, review, dissemination, or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and delete this e-mail and any attachments from your computer. Your cooperation is appreciated.


CC: chas@charlescarreon.com; ramonesfreak@gmail.com; rob@carpelaw.com; steppler@comcast.net